[No. 69316-6-I.   Division One.   February 24, 2014.]

DRAKE H. SISLEY ET AL., *Appellants*, v. SEATTLE PUBLIC SCHOOLS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-11493-7, Monica J. Benton, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Lau, J. Now published at 180 Wn. App. 83.

[No. 69368-9-I.   Division One.   February 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JAMES PEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00090-6, Dave Needy, J., entered September 28, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 41632-8-II.   Division Two.   February 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAKE CHRISTOPHER COHEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00430-9, Theodore F. Spearman, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 43203-0-II.   Division Two.   February 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN MARKUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01901-4, Rich Melnick, J., entered March 8, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Penoyar and Maxa, JJ.